**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUAN CAMILO LONDONO SALINAS,** | : | |
| **Petitioner,** | : | **CIVIL ACTION NO. 3:26-974** |
| **v.** | : | **(JUDGE MANNION)** |
| **CRAIG A. LOWE, *et al.*,** | : | |
| **Respondents.** | : | |

**ORDER**

Presently before the Court is Juan Camilo Londono Salinas's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. (**Doc. 1**). For the reasons stated in the Court's memorandum filed this same day, **IT IS HEREBY ORDERED** that the petition is **GRANTED**. Respondents are **ORDERED** to **immediately release** Petitioner and are permanently **ENJOINED** from re-detaining him under 8 U.S.C. §1225(b). Respondents are **DIRECTED** to file a declaration or affidavit pursuant to 28 U.S.C. §1746 confirming that Petitioner has been released from custody. Respondents are also temporarily **ENJOINED** from re-arresting Petitioner for a period of 14 days to ensure that this habeas remedy is effective.

If Respondents later detain Petitioner under 8 U.S.C. §1226, they will be required to provide him with notice and, within 10 days of his detention, a

bond hearing before an immigration judge, who shall provide an individualized assessment as to whether he poses a flight risk or a danger to the community. If Petitioner is re-detained under §1226 and Respondents fail to schedule a timely bond hearing, he will be permitted to reopen this matter.

**MALACHY E. MANNION**
**United States District Judge**

**DATE:** 5/26/26
26-974-01-ORDER